UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE: SAMUEL ANDERSON,  JUDGMENT
 04-CV- 2607 (ERK)

-----------------------------------------------------------------X

An Order of Honorable Edward R. Korman, United States District Judge, having been filed on February 24, 2006, dismissing the Bankruptcy Appeal for failure to file briefs as ordered; it is

ORDERED and ADJUDGED that the Bankruptcy Appeal is dismissed.

Dated: Brooklyn, New York
 February 27, 2006

 ROBERT C. HEINEMANN
 Clerk of Court